JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOR GOROVENKO<br><br>Plaintiff,<br><br>v.<br><br>ACTIVATE CLEAN ENERGY LLC, et al.<br><br>Defendants. | CASE NO. 8:24-cv-00058-JLS-ADS<br><br>**JUDGMENT OF DISMISSAL** |

On June 7, 2024, the Court issued an Order (Doc. 115) granting Defendants' Motion to Dismiss (Doc. 76) and dismissing Plaintiff's First Amended Complaint (filed under seal at Doc. 39 and publicly at Doc. 80). The Court gave Plaintiff 14 days to file an amended complaint and noted that failure to file an amended complaint in a timely manner would result in dismissal of the Action. (Order at 10.) More than 14 days have passed, and Plaintiff has not filed an amended complaint. Accordingly, Plaintiff's claims are DISMISSED WITH PREJUDICE and a JUDGMENT OF DISMISSAL is hereby entered.

DATED: July 1, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE